**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIRATH RAM, | Case No. EDCV 26-0748-JAK-PVC |
| Petitioner, | |
| v. | **ORDER REQUIRING RESPONSE TO HABEAS PETITION** |
| WARDEN, Adelanto ICD Processing Center, | |
| Respondent. | |

On February 17, 2026, Tirath Ram ("Petitioner"), who is represented by counsel, filed a petition for writ of habeas corpus ("Petition," Dkt. No. 3). The Petition alleges that Petitioner is in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") in Adelanto, California, and that he was arrested and is being held in violation of the Constitution and laws of the United States.

In order to facilitate the just, speedy, and inexpensive determination of this action, IT IS HEREBY ORDERED as follows:

**1.       To preserve the Court's jurisdiction, Respondent is enjoined from transferring, relocating, or removing Petitioner outside of the Central District of**

1

**California pending final resolution of this case or further order of the Court.**

2.  The Clerk of this Court promptly shall (a) serve electronic copies of the Petition and this Order on Respondent and the United States Attorney, or his authorized agent, in accordance with the Agreement on Acceptance of Service between the Clerk of Court and the United States Attorney's Office set forth in Appendix C to the Central District of California Local Civil Rules[1]; and (b) serve a copy of this Order on Petitioner's counsel of record.

3.  Within **three days** after the date of this Order, **Respondent** shall file and serve a Notice of Appearance, notifying the Court of the name of the attorney who will have principal charge of the case, together with the address where the attorney may be served and the attorney's telephone and fax number.  This information is important to ensure accurate service of Court documents.

4.  **If Petitioner intends to seek a Temporary Restraining Order ("TRO"),** the TRO application shall be filed, in the form required by Local Rule 65-1, within **three days** after the date of this Order.  If a TRO application is filed, the District Judge assigned to this case will issue further orders setting a briefing and/or hearing schedule.

5.  **If no TRO application is filed,** Respondent shall, within **ten days** after the date of this Order, file a response to the Petition and electronically lodge with the Court all relevant documents.  The response may be in the form of a Motion to Dismiss or an Answer, but in either case shall address the question of whether Petitioner is a danger to the community or a flight risk, and whether this case involves "a high probability of success on the merits of [the] habeas petition or special circumstances that would warrant [Petitioner's] release on bail" pending resolution of these habeas proceedings.  *United States v. McCandless*, 841 F.3d 819, 822 (9th Cir. 2016).

6.  **If Respondent files a Motion to Dismiss**, Petitioner shall file an Opposition

---

[1] The Local Rules are available at: https://www.cacd.uscourts.gov/court-procedures/local-rules/.

2

to the Motion to Dismiss within **seven days** after the date of service thereof.  At the time the Opposition is filed, Petitioner shall lodge with the Court any records not lodged by Respondent that Petitioner believes may be relevant to the Court's determination of the Motion to Dismiss.  Petitioner shall concurrently address the question of whether Petitioner is a danger to the community or a flight risk, and whether this case involves "a high probability of success on the merits of [the] habeas petition or special circumstances that would warrant [Petitioner's] release on bail" pending resolution of these habeas proceedings.  *Id.*  Unless otherwise ordered by the Court, Respondent shall not file a Reply to Petitioner's Opposition to the Motion to Dismiss.  If the Motion to Dismiss is denied, the Court will afford Respondent adequate time to respond to Petitioner's claims on the merits.

7.    **If Respondent files an Answer**, Petitioner may file a Reply responding to matters raised in the Answer within **seven days** after the date of service thereof.  Any Reply filed by Petitioner shall (a) state whether Petitioner admits or denies each allegation of fact contained in the Answer, (b) be limited to facts or arguments responsive to matters raised in the Answer, and (c) not raise new grounds for relief that were not asserted in the Petition.  Grounds for relief raised for the first time in the Reply will not be considered, unless the Court grants Petitioner leave to amend the Petition.  The Reply shall not exceed 5,000 words in length absent advance leave of Court for good cause shown.  Petitioner shall concurrently address the question of whether Petitioner is a danger to the community or a flight risk, and whether this case involves "a high probability of success on the merits of [the] habeas petition or special circumstances that would warrant [Petitioner's] release on bail" pending resolution of these habeas proceedings.  *Id.*

8.    Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's opposition to a Motion to Dismiss and/or Petitioner's Reply is due.

9.    The Clerk shall also serve Petitioner with a copy of the Consent to Proceed Before a United States Magistrate Judge (Form CV-11B) along with this Order.  If

3

Petitioner wishes to exercise the consent option, Petitioner shall file a completed Form CV-11B with the Clerk and serve Respondent with same **within twenty-eight days** of the service date of this Order.  Respondent shall have until the date of the filing of the initial response to the Petition in which to exercise the consent option by filing and serving a completed Form CV-11B.  **The parties are free to withhold consent without adverse substantive consequences**.

10.    To request an extension of time for any of the deadlines set forth in this Order, a party must file a motion demonstrating good cause for the extension.  Such a motion should be filed before the deadline has expired.  Any such motion should be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary and by a proposed order granting the requested extension.

11.    Petitioner shall immediately notify the Court and counsel for Respondent of any change of Petitioner's address.  If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action may be dismissed for failure to prosecute.  *See* Local Rule 41-6.

12.    Any requests for Court action must be submitted by motion or application in compliance with the Central District of California Local Civil Rules.

DATED:    2/19/26

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

4